1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
7       FAX: (415) 436-7234
        Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-402 EMC |
| Plaintiff, | |
| v. | STIPULATION TO EXCLUDE TIME AND [PR~~OPOS~~ED] ORDER |
| AISHAH BUENAVENTURA and RYAN COSINO, | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on September 27, 2017, that the time between September 27, 2017, and October 23, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until October 23, 2017, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

IT IS SO STIPULATED.

DATED: October 12, 2017

BRIAN J. STRETCH
United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: October 12, 2017

/s/
MICHAEL STEPANIAN
Counsel for Defendant
AISHAH BUENAVENTURA

DATED: October 12, 2017

/s/
DENA MARIE YOUNG
Counsel for Defendant
RYAN COSINO

# [PROPOSED] ORDER

As explained on the record during the September 27, 2017 status conference, the Court finds that the exclusion of the period from September 27, 2017, to October 23, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 10/16/17

HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

ORDER EXLUDING TIME
Case No. CR 17-402 EMC