COLIN COOPER, SBN 144291
KELLIN COOPER, SBN 172111
SETH MORRIS, SBN 244910
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
AISHAH BUENAVENTURA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00395-EMC |
| Plaintiff, | 17-CR-00401-EMC |
| | 17-CR-00402-EMC |
| vs | |
| AISHAH BUENAVENTURA, | DECLARATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRE-TRIAL RELEASE |
| Defendant, | |

### DECLARATION OF COUNSEL

I, COLIN COOPER, declare as follows:

1.    I am a partner in the COOPER LAW OFFICES, and I am the attorney of record for defendant AISHAH BUENAVENTURA.

2.    Ms. BUENAVENTURA'S current conditions of release include the restriction that her travel be limited to the Northern District of California.

3.    Ms. BUENAVENTURA is requesting permission to travel outside of the Northern District to the Eastern District, to Vallejo, California, in order to visit her daughter's gravesite at "All Souls Cemetery" located at 550 Glen Cove Road, Vallejo, California, 94590. Ms. BUENAVENTURA would like to visit her daughter's gravesite once or twice a month.

    4.    I have discussed this with AUSA Julie Garcia, the AUSA assigned to this case. Ms. Garcia has no objection to this request. I have also discussed this with United States Pretrial Services Officer Timothy Elder who also does not object to the request.

    5.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and is executed this 24th day of July, 2018, in the city of Berkeley, County of Alameda, State of California.

                                                  /S/
                                     COLIN COOPER

COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
AISHAH BUENAVENTURA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Nos. 17-CR-00395-EMC |
| | ) | 17-CR-00401-EMC |
| Plaintiff, | ) | 17-CR-00402- EMC |
| vs | ) | |
| | ) | [PROPOSED] ORDER FOR |
| AISHAH BUENAVENTURA, | ) | MODIFICATION OF PRE-TRIAL RELEASE |
| Defendant, | ) | |

GOOD CAUSE APPEARING it is ordered that Ms. BUENAVENTURA'S conditions of pretrial release are modified permitting Ms. BUENAVENTURA to travel to Vallejo, California, to visit her daughter's gravesite located at All Souls Cemetery at 550 Glen Cove Road, Vallejo, California, 94590.

DATED: July 24, 2018

_____
HONORABLE EDWARD M. CHEN
United States District Judge

3